NUMBER 13-07-183-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


LUIS C. MUNOZ, Appellant,


v.


BENINO CAPETILLO, Appellee.

____________________________________________________________


On appeal from the 197th District Court 


 of Willacy County, Texas

____________________________________________________________

 

 MEMORANDUM OPINION


Before Justices Rodriguez, Benavides, and Vela 


Memorandum Opinion Per Curiam



 Appellant, LUIS C. MUNOZ, perfected an appeal from a judgment entered by the 
 197th District Court of Willacy County, Texas, in cause number 03-346. Appellant has
failed to pay the $125.00 filing fee in this matter. 


 On May 21, 2007, notice was given to all parties that this appeal was subject to
dismissal because of appellant's failure to comply with this Court's previous notice
regarding the filing fee in this matter. Appellant was advised that, if the filing fee was not
paid within ten days from the date of receipt of this notice, the appeal would be dismissed. 
See Tex. R. App. P. 42.3(c). To date, appellant has failed to tender the $125.00 filing fee
or otherwise respond to this Court's notice.

 The Court, having examined and fully considered the documents on file, appellant's
failure to remit the $125.00 filing fee, this Court's notice, and appellant's failure to respond,
is of the opinion that the appeal should be dismissed. The appeal is hereby DISMISSED.


 PER CURIAM


Memorandum Opinion delivered and filed

this the 28th day of June, 2007.